**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

| | |
|---|---|
| **CHRISTIAN FELLOWSHIP OF SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA,** and **MATTHEW LONG**,<br><br>Plaintiffs,<br><br>v.<br><br>**WILLIAM N. RUUD, et al.**<br><br>Defendants. | Case No. 4:08-CV-0898<br>(HONORABLE JUDGE JOHN E. JONES, III)<br>**JURY TRIAL REQUESTED** |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiffs Christian Fellowship of Shippensburg University of Pennsylvania and Matthew Long and Defendants William N. Ruud, President; Anthony F. Ceddia, President Emeritus; George F. Harpster, Executive Vice President External Affairs and University Relations; and David Lovett, Associate Vice President of Student Affairs and Dean of Students and hereby file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Christian Fellowship of Shippensburg University of Pennsylvania and Matthew Long. Defendants are William N. Ruud, Anthony F. Ceddia, George F. Harpster, and David Lovett.

2. Plaintiffs filed a Complaint initiating this action on May 7, 2008.

3. Plaintiffs desire to dismiss this action with prejudice as to all claims and all parties.

4. Defendants, who have not served an Answer, agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling.

10. There are no remaining parties or claims in this case.

| | |
|---|---|
| In witness whereof, this stipulation is duly executed on the 21st day of October, 2008. | In witness whereof, this stipulation is duly executed on the 21st day of October, 2008. |
| s/Joseph J. Martins | *s/M. Abbegael Giunta* |
| JOSEPH J. MARTINS<br>North Carolina Bar No. 31666<br>Alliance Defense Fund<br>ADF Center for Academic Freedom<br>12 Public Square<br>Columbia, Tennessee 38401<br>(931) 490–0591<br>(931) 490–7989—facsimile<br>jmartins@telladf.org | M. ABBEGAEL GIUNTA<br>Deputy Attorney General<br>Attorney ID 94059<br>Office of the Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, PA  17120<br>Phone (717) 787-1179<br>Fax:  (717) 772-4526<br>mpacuska@attorneygeneral.gov |
| LEONARD G. BROWN, III (*Local Counsel*)<br>Pennsylvania Bar No. 83207<br>CLYMER & MUSSER, P.C.<br>408 West Chestnut Street<br>Lancaster, Pennsylvania 17603<br>(717) 299–7101<br>(717) 299–5115—facsimile<br>len.brown@clymerlaw.com | SUSAN J. FORNEY<br>Chief Deputy Attorney General<br>Chief, Civil Litigation Section<br><br><br>**ATTORNEYS FOR DEFENDANTS** |
| STEVEN H. ADEN<br>Virginia Bar No. 48036<br>District of Columbia Bar No. 466777<br>Alliance Defense Fund<br>ADF Center for Academic Freedom<br>801 G. St., N.W., Suite 509<br>Washington, DC 20001<br>(202) 637–4610<br>(202) 347–3622—facsimile<br>saden@telladf.org | |
| BENJAMIN W. BULL (*of counsel*)<br>Arizona Bar No. 009940<br>Alliance Defense Fund | |

15100 North 90th Street
Scottsdale, Arizona 85260
(480) 444–0020
(480) 444–0028—facsimile
bbull@telladf.org

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2008, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which automatically sends an electronic notification to the following attorneys of record:

M. ABBEGAEL GIUNTA
Deputy Attorney General
Attorney ID 94059
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone:  (717) 787-1179
Fax:  (717) 772-4526
mpacuska@attorneygeneral.gov

This the 23rd day of October, 2008,

    Respectfully submitted,

    s/Joseph J. Martins
    JOSEPH J. MARTINS
    ATTORNEY FOR PLAINTIFF